**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| MAX BLUMENTHAL,<br><br>*Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security,*<br><br>*Defendant*. | **CASE NO. _______________** |

**TIME-SENSITIVE MOTION FOR RETURN OF ELECTRONIC DEVICESUNLAWFULLY SEIZED BY CUSTOMS AND BORDER PROTECTION (CBP) AND FOR RETURN OF ANY CONTENT OBTAINED THEREFROM, PURSUANT TO FED. R. CRIM. P. 41(G), AND REQUEST FOR EXPEDITED HEARING**

Pursuant to Rule 41(g)[1] of the Federal Rules of Criminal Procedure, journalist Max Blumenthal ("Plaintiff") files this Motion for the Return of Electronic Devices and any and all information and data copied, reproduced, or retained therefrom that was unlawfully seized on June 10, 2026. Plaintiff seeks immediate return of two smart phones that were seized upon reentry into the United States without probable cause and a warrant and that are retained in violation of constitutional and federal law. Given the exigent nature of the relief sought, Plaintiff files this

[1] Rule 41(g) provides:

> A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

Fed. R. Crim. P. 41(g) (2005).

motion as time-sensitive and respectfully requests expedited consideration of his motion, and the grant of a hearing as soon as is practically feasible.

A memorandum in support of this motion is filed concurrently.

Dated: July 16, 2026

Respectfully submitted,

/s/ George R.A. Doumar
George R.A. Doumar, Va. Bar No. 415446
Daniel R. Hernandezm Va. Bar No. 95384
DOUMAR MARTIN, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
dhernandez@doumarmartin.com

Jenin Younes* (*pro hac vice pending*)
Malak Afaneh (*pro hac vice pending*)
AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street Northwest, Suite 400
Washington, DC 20006
Telephone: (202) 244-2990
jyounes@adc.org
**Designated Counsel for Service*

*Attorneys for Plaintiff*