**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| MAX BLUMENTHAL,<br><br>*Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security,*<br><br>*Defendant*. | **CASE NO. 1:26-mc-0016** |

**PRAECIPE CORRECTING SIGNATURE BLOCK**

Counsel for Plaintiff Max Blumenthal submit this praecipe to correct the signature block on the motion and memorandum in support filed in this matter. George R.A. Doumar's bar number is 26490, not 415446 as previously listed. The bar number is correct in the signature block below.

Dated: July 16, 2026

Respectfully submitted,

/s/ George R.A. Doumar
George R.A. Doumar, Va. Bar No. 26490
Daniel R. Hernandezm Va. Bar No. 95384
DOUMAR MARTIN, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
dhernandez@doumarmartin.com

Jenin Younes* (*pro hac vice pending*)
Malak Afaneh (*pro hac vice pending*)

AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street Northwest, Suite 400
Washington, DC 20006
Telephone: (202) 244-2990
jyounes@adc.org
**Designated Counsel for Service*

*Attorneys for Plaintiff*