IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MAX BLUMENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-mc-16 (LMB/WEF) |
| | ) | |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On July 16, 2026, plaintiff Max Blumenthal ("plaintiff") filed a Time-Sensitive Motion for Return of Electronic Devices Unlawfully Seized by Customs and Border Protection and for Return of Any Content Obtained Therefrom ("Motion"). [Dkt. No. 1]. Plaintiff subsequently filed a notice indicating that, after he filed his Motion, U.S. Customs and Border Protection agents returned his devices to him; however, plaintiff claims that his "Motion is not moot" because he "seeks the return of any information, data, or copies obtained from his phone." [Dkt. No. 11]. To enable the Court adequate time to consider the merits of the Motion, and because the Court finds that oral argument will assist the decisional process, it is hereby

ORDERED that defendant's opposition is due by July 27, 2026; and it is further

ORDERED that the parties appear before the Court at 10:00 AM on July 29, 2026 in Courtroom 700 for oral argument on plaintiff's Motion.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 20th day of July, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge