IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MAX BLUMENTHAL,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,<br><br>Defendant. | ) | 1:26-mc-16 (LMB/WEF) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that by August 12, 2026, defendant filed a renewed declaration in support of its response to plaintiff's Motion for Return of Electronic Devices Unlawfully Seized by Customs and Border Protection and for Return of Any Content Obtained Therefrom. Defendant's renewed declaration should include a clear and detailed explanation regarding the declarant's personal knowledge as it relates to the unsuccessful search of plaintiff's phones. To the extent the renewed declaration includes any privileged information regarding search techniques, that portion of the declaration may be provided to the Court under seal and in camera; and it is further

ORDERED that any response by plaintiff to the renewed declaration will be due by August 19, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 29th day of July, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge